UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION at ASHLAND

CIVIL ACTION NO. 12-104-HRW

SHANE LYONS,                                                              PLAINTIFF,

v.                                    **ORDER**

JEREMY HANSHAW, *et al.*,                                   DEFENDANTS.

This matter is before the Court upon Defendants' Motion to Dismiss and/or Summary Judgment [Docket No. 33]. The motion was submitted to United States Magistrate Judge Robert E. Wier for Report and Recommendation.

Magistrate Judge Wier recommends that this Court construe the motion as one for judgment on the pleadings, sustain the same as it pertains to Lyons's claims for verbal abuse and officer intimidation and dismiss those claims with prejudice. Magistrate Judge Wier further recommends that this Court overrule Defendants' motion for judgment on the pleadings as to Lyons's allegation that Hanshaw ordered another inmate to attack him, but recommends sustaining Defendants' motion for summary judgment on such claim against Hanshaw for failure to exhaust.

Plaintiff has not filed objections to the report and recommendation and the time for doing so has passed. After carefully considering the record, the Court

finds the report and recommendation well taken and shall adopt the same as and for its own opinion.

Accordingly, **IT IS THEREFORE ORDERED AND ADJUDGED**,

(1) that the Magistrate Judge's Report and Recommendation [Docket No. 38] is hereby **APPROVED** and **ADOPTED** as and for the Court's opinion; and

(2) Defendants' Motion to Dismiss and/or Summary Judgment [Docket No. 33] be **SUSTAINED** as it pertains to Lyons's claims of verbal abuse and officer intimidation and that this claim be **DISMISSED WITH PREJUDICE**; and

(3) Defendants' Motion to Dismiss and/or Summary Judgment [Docket No. 33] be **SUSTAINED** as it pertains to Lyons's allegation that Hanshaw ordered another inmate to attack him and this claim be **DISMISSED WITHOUT PREJUDICE**.

This 19th day of June, 2014.



Signed By:
Henry R. Wilhoit, Jr.
United States District Judge